IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| Fariborz Ghadar, | ) | Civil Action No.  2:14-cv-1409-SB |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **COMPLAINT** |
| | ) | |
| Robert T. Hamilton, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Fariborz Ghadar ("Ghadar"), by counsel, files this Complaint against Robert T. Hamilton, and in support thereof states as follows:

1. Ghadar is a citizen and resident of the State of Florida.

2. Robert T. Hamilton ("Hamilton") is a citizen and resident of the State of South Carolina.

3. This Court has jurisdiction over this dispute pursuant to 28 U.S.C. § 1332.

4. In our about December 2012, Ghadar loaned $1,295,000 to Hager III, LLC ("Hagar III"), a South Carolina limited liability company ("the Loan").

5. The Loan is evidenced by a Promissory Note ("the Note") dated as of December 21, 2012, executed by Hagar III.  (A copy of the Note is attached as **Exhibit A**.)

6. The Note was personally guaranteed by Defendant Hamilton.

7. The maturity date of the Note was December 21, 2013.

8. Hagar III failed to pay the Note at the scheduled maturity date.

9. Hagar III is therefore in default of the Note.

10. By letter dated January 21, 2014, Hamilton, as the personal guarantor, was provided notice of the default, and Ghadar demanded payment from Hagar III and Hamilton for all amounts due under the Note and Guaranty. (A copy of that letter is attached as **Exhibit B**.)

11. Hamilton and Hagar III have failed to pay all of the amounts due under the Note and Guaranty.

12. Ghadar is therefore entitled to judgment against Hamilton for the outstanding amount due under the Note, including interest at the rate of 12% per annum as of December 21, 2013, plus his costs of collection, including attorneys' fees as provided for in the Note.

WHEREFORE, Fariborz Ghadar requests this Court enter judgment against Robert T. Hamilton in the amount of $1,295,000, plus interest thereon at the rate of 12% per annum from March 21, 2014 until paid, and for his costs, including reasonable attorneys' fees, and such other relief as this Court deems appropriate.

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: s/ Merritt G. Abney
Michael T. Cole
Federal Bar No. 206
E-Mail: mike.cole@nelsonmullins.com
Merritt G. Abney
Federal Bar No. 9413
E-Mail: merritt.abney@nelsonmullins.com
151 Meeting Street / Sixth Floor
Post Office Box 1806 (29402-1806)
Charleston, SC  29401-2239
(843) 853-5200

*Attorneys for Fariborz Ghadar*

Charleston, South Carolina

April 16, 2014